UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:22mj03586 Becerra__

UNITED STATES OF AMERICA

vs.

**GENARO SANCHEZ and
JOVANNY JAVIER,**

        **Defendants.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? Yes _x_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
KEVIN J. LARSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5501050
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9176
Kevin.larsen2@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GENARO SANCHEZ and<br>JOVANNY JAVIER,<br><br>*Defendant(s)* | Case No. 1:22mj03586 Becerra |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __September 5, 2022,__ upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectible amount of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Lewis Hosch*
*Complainant's signature*

DEA TFO Lewis Hosch
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone.

Date: 9/15/2022

*Judge's signature*

City and state: Miami, Florida

Hon. Jaqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **GENARO SANCHEZ,** and **JOVANNY JAVIER** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. On or about September 5, 2022, a vessel of the United States Coast Guard ("USCG"), the USS BILLINGS, detected a go-fast vessel ("GFV") operating approximately 80 nautical miles north of Punta Gallinas, Colombia in international waters and upon the high seas.

The GFV had two individuals on board, one outboard motor, no indicia of nationality, and a tarp covering the deck, which gave rise to suspicion that the GFV was being used to engage in drug smuggling activities Based on these facts, the USS BILLINGS requested and received a Statement of No Objection ("SNO") from the United States Coast Guard's District 7 ("District 7") to further investigate the GFV and to conduct a Right of Visit ("ROV"). The USS BILLINGS, with U.S. Law Enforcement Detachment 401 ("LEDET") on board subsequently diverted to investigate. Once in the vicinity, the USS BILLINGS deployed a Boarding Team ("BT") in an over the horizon ("OTH") boat to intercept the GFV. Upon arrival at the GFV, the BT reported two persons on board who were later identified as **GENARO SANCHEZ,** and **JOVANNY JAVIER.** One of the individuals identified himself as the master of the GFV and asserted Colombian nationality for the vessel. District 7 enacted the US/CO Bilateral Agreement forms exchange in an effort to confirm the GFV's registration. The Colombian government responded that it could neither confirm nor deny the GFV's registration, accordingly because the GFV was outside territorial seas of any nation and having no legitimate claim of nationality, the GFV was deemed to be subject to the jurisdiction of the United States.

4.      The BT then searched the vessel and detained the crew. The BT found and seized a total of 19 bales from the GFV containing suspected cocaine. Two NIK field tests performed by the BT on the scene yielded presumptive positive results for the presence of cocaine. The bales weighed a total of approximately 554 kilograms. The GFV was later sunk as the result of it being a hazard to navigation given a lack of suitable towing points and its distance from land.

5.      The GFV crew (**GENARO SANCHEZ** and **JOVANNY JAVIER),** along with the suspected cocaine were transferred to the USS BILLINGS to await transfer to the custody of U.S. law enforcement.

6.  On September 15, 2022, the USCG will transfer custody of **GENARO SANCHEZ** and **JOVANNY JAVIER** to United States law enforcement officers, who, on that same day, will escort the individuals to Miami, Florida, where they will first enter the United States.

7.  Based on the foregoing facts, I submit that probable cause exists to believe that **GENARO SANCHEZ, and JOVANNY JAVIER** conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b). **FURTHER YOUR AFFIANT SAYETH NAUGHT**.

*Lewis Hosch*
LEWIS HOSCH
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the Requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of September, 2022.

HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISGRATE JUDGE